# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE



**D. BROCK HORNBY**
DISTRICT JUDGE

156 FEDERAL STREET
PORTLAND, MAINE 04101
(207) 780-3280

SELF INITIATED AMENDMENT

April 12, 2004

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

    Re:    <u>Amendment to 2003 Financial Disclosure Report</u>

Dear Committee on Financial Disclosure:

    Enclosed for filing is my Amended 2003 Financial Disclosure Report (original + 3 copies). The amendment appears in Section VII, lines 114 through 134, as new information not included in my original report dated March 19, 2004.

    In explanation, ▇▇▇▇▇ entered a partnership agreement on March 7, 2004, with an effective date of December 12, 2003, as a result of which she was assigned a fractional general partnership interest in a ▇▇▇ limited partnership. For reporting purposes, this is characterized as an aggregate ownership arrangement.

    I apologize for the oversight. Please contact me if you have additional questions.



dlh
enclosure
FedEx

AO-10
Rev. 1/2004

**\*\*AMENDED\*\***
# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003



Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)  Hornby, D. Brock | 2. Court or Organization  District of Maine | 3. Date of Report  4/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  District Judge (active) | 5. ReportType (check appropriate type)  ○ Nomination,    Date  ○ Initial    ● Annual    ○ Final | 6. Reporting Period  1/1/2003  to  12/31/2003 |
| 7. Chambers or Office Address  United States District Court  156 Federal Street  Portland, ME 04101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

**SELF INITIATED AMENDMENT**

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Board of Visitors | University of Maine School of Law |
| 2. | Member, Subcommittee on Court Program Design | CPR Judicial Project Advisory Council, CPR Institute for Dispute Resolution |
| 3. | Council Member | The American Law Institute |
| 4. | Trustee | ███████ Estate Planning |
| 5. | Member | American Law Institute-American Bar Ass'n Committee on Continuing Legal Education |
| 6. | Evaluator for the Graduate Program for Judges | University of Virginia School of Law |

(see attached letter dated
12/28/01 from the Committee
on Codes of Conduct of the
Judicial Conference of the
United States)

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 10/21/03 | University of Virginia Law School Foundation | 2,500.00 |

> (see attached letter dated 12/28/01 from the Committee on Codes of Conduct of the Judicial Conference of the United States)

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | Hornby Zeller Associates (management consultants to state gov'ts in human services areas) (See Section VIII-Addendum to Section III(B)) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | The New York Intellectual Property Law Ass'n, Inc. | Annual dinner for federal judiciary in New York City 3/28/03; paid lodging, meal and travel expenses |
| 2. | The American Law Institute-American Bar Ass'n | Meetings of Committee on Continuing Professional Education 4/24-25/03 in Chicago and 11/13-14/03; paid travel, lodging and meal expenses |
| 3. | University of Virginia School of Law | Evaluator for the Graduate Program for Judges 7/24-26/03 in Charlottesville, VA; paid travel, lodging and meal expenses |
| 4. | Kenan Institute Asia | Member of Judicial Delegation to Thailand 8/24-29/03; Institute paid travel, lodging and meal expenses |
| 5. | The American Law Institute | ALI Advisors Meeting on Restitution 9/19-21/03 in St. Louis, MO; paid travel, lodging and meal expenses |
| 6. | The American Law Institute | Council Meeting in New York City 10/22-25/03; paid travel, lodging and meal expenses |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hornby, D. Brock | 4/12/2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 7. | American Ass'n for the Advancement of Science | Conference on Neuroscience and the Law 9/11-13/03 in Washington, D.C.; paid travel, lodging and meal expenses |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE. - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 4/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Fleet Bank accounts | A | Interest | L | T | | | | | |
| 2. E*Trade Bank accounts | B | Interest | L | T | | | | | |
| 3. GMAC Bank account | B | Interest | L | T | | | | | |
| 4. U.S. Savings Bonds | | None | L | T | buy 1/30,2/4,3/4,3/7 3/13,4/14,5/6 | 1/23 | K | | |
| 5. T. Rowe Price Mutual Funds | | | | | | | | | |
| 6. International Stock | A | Dividend | J | T | | | | | |
| 7. International Bond | A | Dividend | J | T | sell | 4/2 | J | B | |
| 8. Tax-free Intermediate | A | Dividend | J | T | sell | 4/2 | J | B | |
| 9. Tax-free High Yield | A | Dividend | J | T | | | | | |
| 10. American Century Investments (mutual funds) | | | | | | | | | |
| 11. Growth | A | None | J | T | | | | | |
| 12. Ultra | A | None | J | T | | | | | |
| 13. TIAA-CREF Mutual Funds | | | | | | | | | |
| 14. Growth & Income | A | Dividend | J | T | | | | | |
| 15. Growth Equity | A | Dividend | J | T | | | | | |
| 16. Vanguard Group Mutual Funds | | | | | | | | | |
| 17. Asset Allocation Fund | A | Dividend | J | T | | | | | |
| 18. Value Index Fund | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 4/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. The MP63 Fund, Inc. (mutual fund) | A | Dividend | K | T | | | | | |
| 20. Prudential Financial | A | Dividend | J | T | | | | | |
| 21. Brokerage Acct T. Rowe Price | | | | | | | | | |
| 22. Cash Management Account | A | Interest | K | T | | | | | |
| 23. com stk UNUM Provident Corp. | A | Dividend | J | T | | | | | |
| 24. com stk Fairchild Semiconductor Int'l, Inc. | | None | J | T | sell part | 12/31 | J | D | |
| 25. com stk Tupperware Corp. | A | Dividend | J | T | | | | | |
| 26. com stk J P Morgan Chase & Co. | A | Dividend | J | T | buy | 1/21 | J | | |
| 27. com stk General Electric Co. | A | Dividend | J | T | buy | 1/21 | J | | |
| 28. com stk SBC Communications, Inc. | A | Dividend | J | T | buy | 1/21 | J | | |
| 29. com stk General Motors Corp. | A | Dividend | J | T | buy/sell | 1/21 6/7 | J | | |
| 30. IRA Brokerage Acct T. Rowe Price | | | | | | | | | |
| 31. Item omitted; below reportable value | | | | | | | | | |
| 32. com stk Tel-Instrument Electronics Corp. | | None | J | T | | | | | |
| 33. Cash Management Acct | A | Interest | K | T | | | | | |
| 34. Item omitted; below reportable value | | | | | | | | | |
| 35. adr Delhaize Freres | | None | | T | sell | 3/17 | J | A | |
| 36. Item omitted; below reportable value | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$ 15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 4/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Item omitted; below reportable value | | | | | | | | | |
| 38. com stk 1-800-Flowers.com | | None | J | T | | | | | |
| 39. U.S. Treasury Security, stripped int. pay't | | None | K | T | | | | | |
| 40. com stk LandAmerica Financial Group, Inc. | A | Dividend | K | T | sell part | 12/31 | J | C | |
| 41. com stk U.S. Bancorp | A | Dividend | J | T | | | | | |
| 42. com stk Intel Corp. | A | Dividend | K | T | | | | | |
| 43. com stk Emerson Radio | | None | J | T | | | | | |
| 44. com stk Motorola, Inc. | A | Dividend | J | T | | | | | |
| 45. com stk Oakley, Inc. | A | Dividend | J | T | | | | | |
| 46. com stk LA-Z-BOY, Inc. | A | Dividend | J | T | | | | | |
| 47. com stk Starbucks Corp. | | None | K | T | | | | | |
| 48. com stk Campbell Soup Co. | A | Dividend | J | T | | | | | |
| 49. com stk Fairchild Semiconductor Int'l, Inc. | | None | J | T | | | | | |
| 50. com stk Inter Active Corp. | | None | K | T | buy | 1/21 | K | | |
| 51. com stk Sun Microsystems, Inc. | | None | J | T | buy | 2/23 | J | | |
| 52. IRA Brokerage Acct T. Rowe Price | | | | | | | | | |
| 53. Cash Management Acct | A | Interest | K | T | | | | | |
| 54. Item omitted; below reportable value | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

|  | A. |  |  |  | (2) |  | If | | disclosure | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  | (5) |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
| Ite |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
| m stk Coca Cola |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  | T |  |  |  |  |  |  |

|  | B | C | D | E |
|---|---|---|---|---|
| F |  |  |  |  |
| J |  |  |  |  |

Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market

(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 4/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. com stk Medtronic Inc. | A | Dividend | J | T | | | | | |
| 74. Item omitted; below reportable value | | | | | | | | | |
| 75. Item omitted; below reportable value | | | | | | | | | |
| 76. adr Nokia Corp. | A | Dividend | J | T | | | | | |
| 77. com stk Leather Factory, Inc. | | None | J | T | | | | | |
| 78. Developers Diversified Realty REIT preferred Class H * | A | Dividend | J | T | | | | | |
| 79. com stk Cisco Systems Inc. | | None | J | T | buy | 1/13 | J | | |
| 80. adr Vodafone Group PLC | A | Dividend | J | T | buy | 1/13 | J | | |
| 81. com stk Nautilus Group Inc. | A | Dividend | J | T | buy | 1/13 | J | | |
| 82. com stk Developers Diversified Realty REIT | A | Dividend | J | T | buy | 10/27 | J | | |
| 83. com stk SBC Communications Inc. | A | Dividend | J | T | buy | 1/21 | J | | |
| 84. Pension Plan Acct. TIAA-CREF | B | Interest | M | T | | | | | |
| 85. Pension Plan Acct. TIAA-CREF | B | Interest | O | T | | | | | |
| 86. Keogh Brokerage Account Value Line: | | | — | | | | | | |
| 87. Value Line Cash Fund, Inc. | A | Dividend | J | T | | | | | |
| 88. Value Line Fund, Inc. | C | Dividend | K | T | | | | | |
| 89. nonvoting stk Mandel Investment Corp. | B | Dividend | N | U | | | | | |
| 90. 1/2 unit ltd. partnership int. in Falls Development Assoc., | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 4/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. ltd. real estate partnership purchased 12/30/85; total | | | | | | | | | |
| 92. of $16,489.50 pd in installments completed 2/10/90 | | None | K | R | | | | | |
| 93. ltd. Partnership int. in Miraculous, LLC, ltd. real estate | C | Dividend | L | R | | | | | |
| 94. partnership purchased 2/11/02 | | | | | | | | | |
| 95. Minnesota Life:endowment life | A | Dividend | J | T | | | | | |
| 96. Pruco Life Insurance: Discovery life plus: flexible | | None | K | T | | – ... | | | |
| 97. (insurance name corrected) | | | | | | | | | |
| 98. Pruco Life Insurance: Variable Appreciable Life | | | | | | | | | |
| 99. Conservative Balanced Portfolio | | None | J | T | | | | | |
| 100. Flexible Management Portfolio | | None | J | T | | | | | |
| 101. Equity Portfolio | | None | J | T | | | | | |
| 102. AIG SunAmerica Life Assurance Co.; life insurance on | | None | K | T | | | | – | |
| 103. ████ life (inadvertently omitted) | | | | | | | | | |
| 104. ████ Estate Plan: I am trustee of two irrevocable | | | – | | | | | | |
| 105. trusts funded by life insurance. One is funded with | | | | | | | | | ... |
| 106. a term policy from Empire General w/fixed premiums. The | | | | | | | | | |
| 107. other is funded w/policies from MONY Life of America | | | | | | | | | |
| 108. on a flexible premium where excess premiums are invested | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 4/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. in the following MONY mutual funds: | | | | | | | | | |
| 110. Growth & Income | | None | J | T | | | | | |
| 111. International Growth | | None | J | T | | | | | |
| 112. Small Company Growth | | None | J | T | | | | | |
| 113. Growth | | None | J | T | | | | | |
| 114. Ltd P'ship #1 (aggregate ownership arrangement) | | None | N | T | became partner | 12/12 | N -- | | |
| 115. -Smith Barney Money Funds | | | | | | | | | |
| 116. -com stk Hudson City Bancorp Inc. | | | | | | | | | |
| 117. -com stk Peoples Bank Bridgeport, CT | | | | | | | | | |
| 118. -pref stk Dominion Resources Inc. | | | | | | | | | |
| 119. -pref stk Public Storage | | | | | | | | | |
| 120. -pref stk Talisman Energy Inc. | | | | | | | | | |
| 121. -corp bond Ford Motor Credit Co. Notes | | | | | | | | | |
| 122. -gov't bond Federal Home Loan Mortgage Corp. Bonds | | | | | | | | | |
| 123. -gov't bond Federal Nat'l Mortgage Ass'n Bonds | | | | | | | | | |
| 124. -muni bond Cottonwood AZ Municipal Bonds | | | | | | | | | |
| 125. -muni bond NJ State Housing Finance Agency Bonds | | | | | | | | | |
| 126. -muni bond NY State Dormitory Auth. Mt. Sinai | | | | | | | | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| Hornby, D. Brock | 4/12/2004 |

## VII.  INVESTMENTS and TRUSTS  – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127.  -muni bond Louisiana Public Facilities Auth. | | | | | | | | | |
| 128.  -muni bond VA State Housing Dev. Auth. | | | | | | | | | |
| 129.  -muni bond Wisconsin State G/O Ref Vets Housing | | | | | | | | | |
| 130.  -muni bond Clay Cty FL Housing Fin. Auth. | | | | | | | | | |
| 131.  -muni bond Puerto Rico Public Bldgs Auth. | | | | | | | | | |
| 132.  -muni bond CA State Var Purp | | | | | | | | | |
| 133.  -muni bond So. Jersey Port Corp. | | | | | | | | | |
| 134.  -muni bond Wyandotte Cty Kansas City KS Uni Gov't PLT  CTL | | | | | | | | | |
| 135.  *correction on the nature of the stock | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part III(B):  ████████ income derives from salary and distributions in the management consulting firm of which she is a fifty percent shareholder, officer and employee (subchapter S corporation). There is one other shareholder and officer. The firm's income derives from contracts with state governments and, occasionally, nonprofit corporations.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hornby, D. Brock | 4/12/2004 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date  4/12/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

**COMMITTEE ON CODES OF CONDUCT**
**OF THE**
**JUDICIAL CONFERENCE OF THE UNITED STATES**
**UNITED STATES DISTRICT COURT**
**P.O. BOX 3485**
**GREENSBORO, N.C. 27402**

JUDGE WILLIAM H. BARBOUR, JR.
JUDGE PETER W. BOWIE
JUDGE MARY BECK BRISCOE
JUDGE WILLIAM C. BRYSON
JUDGE JOSEPH A. DiCLERICO
JUDGE FRANK MAYS HULL
JUDGE DENIS R. HURLEY
JUDGE DANIEL A. MANION
JUDGE JAMES F. McCLURE, JR.
JUDGE M. MARGARET McKEOWN
JUDGE JAMES MAXWELL MOODY
JUDGE THOMAS C. MUMMERT, III
JUDGE GORDON J. QUIST
JUDGE JUDITH W. ROGERS

JUDGE WILLIAM L. OSTEEN
CHAIRMAN

MARILYN J. HOLMES
COUNSEL

(202) 502-1100

(336) 332-6090

December 28, 2001

The Honorable D. Brock Hornby
Chief Judge
United States District Court
District of Maine
156 Federal Street
Portland, Maine 04101

    Re: Docket No. 1603

Dear Judge Hornby:

Thank you for your inquiry. You have been requested to serve as an outside evaluator for the University of Virginia School of Law's graduate program for judges. You have asked the Committee whether your service as an evaluator would violate the Code of Conduct for United States Judges and whether your service is sufficiently related to teaching and education that it would be permissible for you to accept the modest stipend. With your inquiry is a letter from the director of the program, which provides details about the program.

Specifically, judges enrolled in the University of Virginia School of Law Graduate Program for Judges come to Charlottesville for six weeks of classes each of two consecutive summers. During the following academic year, each participant in the program writes a thesis under the supervision of a law school faculty member. The degree of Master of Laws in the Judicial Process is awarded upon successful completion of the course work and the

thesis.

The Graduate Program for Judges receives a significant amount of its funding through a grant from the State Justice Institute. One of the conditions of the grant is that the University of Virginia have an outside evaluation of the program by a highly qualified reviewer. The evaluation process requires the reviewer to travel to Charlottesville during each summer for a period of two or three days each. The evaluator monitors classes, interviews judges concerning the quality of their experience, gathers pertinent information from program administrators, and prepares an interim report following the first summer and a final report following the second summer. The evaluations are an important part of the next grant application cycle. The Graduate Program would reimburse you for all expenses incurred in traveling to Charlottesville and preparing the reports. In addition, evaluators are paid a modest stipend.

The Committee concludes that your service as an evaluator is permissible under the Code of Conduct for United States Judges. Canon 4 provides that "[a] judge may engage in extra-judicial activities to improve the law, the legal system, and the administration of justice." Specifically, Canon 4A provides that "[a] judge may speak, write, lecture, teach, and participate in other activities concerning the law, the legal system, and the administration of justice." Clearly, your service as an evaluator of a graduate program for judges at the University of Virginia qualifies as such a permissible activity. There is also nothing inappropriate about the fact that your assessment will be used by the state to evaluate the program and to make future grant decisions. In fact, Canon 4C expressly notes that "[a] judge may make recommendations to public and private fund-granting agencies on projects and programs concerning the law, the legal system, and the administration of justice."

The Committee also concludes that you may accept the modest stipend, not because the activity is related to teaching, but because the payment does not constitute an honorarium as defined by the Code. Section 4(a) of the Ethics Reform Act of 1989 provides that "[n]o judicial officer or employee shall receive any honorarium while that individual is a judicial officer or employee." Section 4(b) defines honorarium to mean "a payment of money or anything of value (excluding or reduced by travel expenses as provided in 5 U.S.C. App. §§ 505(3) and (4)) for an appearance, speech or article by a judicial officer or employee."

Your service as an evaluator, as explained by the program director, does not fall within this definition. Accordingly, the stipend does not constitute an honorarium. Rather, the Committee concludes that the stipend constitutes compensation for law-related extra-judicial activities permitted by the Code. Canon 6 provides that a judge may receive such compensation, so long as it does not exceed a reasonable amount, nor exceed the amount a person who is not a judge would receive for the same activity. Canon 6C also requires financial disclosures.

Additional restrictions on the receipt of compensation are imposed by the Ethics Reform Act of 1989. Specifically, § 3(a) provides that "[n]o covered senior employee may have outside earned income attributable to a calendar year which exceeds 15 percent of the annual rate of basic pay for Level II of the Executive Schedule under 5 U.S.C. § 5313 as of January 1 of that calendar year." Accordingly, although you may accept the stipend, it will count toward that 15 percent limitation.

We hope our response is helpful to you.

Sincerely,



Chairman